



# MEMORANDUM OPINION

No. 04-12-00432-CR

Christopher **DELACRUZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 304638
Honorable Wayne A. Christian, Judge Presiding

PER CURIAM

Sitting: Rebecca Simmons, Justice
    Steven C. Hilbig, Justice
    Marialyn Barnard, Justice

Delivered and Filed: October 17, 2012

DISMISSED

   Pro se appellant Christopher Delacruz has filed a motion to dismiss this appeal. The motion is granted and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

                PER CURIAM

DO NOT PUBLISH